SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
    Including Professional Corporations
GREG STEPHEN LABATE, Cal Bar No. 149918
KRISTI L. THOMAS, Cal Bar No. 276511
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130
E mail        glabate@sheppardmullin.com
              kthomas@sheppardmullin.com

Attorneys for Defendants
COURTYARD MANAGEMENT
CORPORATION (*now known as*
COURTYARD MANAGEMENT, LLC); and
MARRIOTT INTERNATIONAL, INC.

PATRICIA T. STAMBELOS, Cal Bar No. 166998
STAMBELOS LAW OFFICE
543 Country Club Dr. Ste. B209
Simi Valley, CA 93065
Telephone:  805.578.3474
E mail         patricia@patriciastambelos.com

Attorneys for Plaintiff
AMANDA BALDINO-MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-CV-01613-BAM<br><br>Fresno County Superior Court Case No. 23CECG04219<br><br>State Court Complaint Filed: October 9, 2023<br><br>**JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER GRANTING SAME**<br><br>U.S Magistrate Judge: Barbara A. McAuliffe<br>Courtroom 8 (Sixth Floor) |

-1-

SMRH:4921-1229-9895.1

JOINT STIPULATION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT; [PROPOSED]
ORDER GRANTING SAME

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff AMANDA BALDINO-MILLER ("Plaintiff") and Defendants COURTYARD MANAGEMENT CORPORATION (*now known as* COURTYARD MANAGEMENT, LLC) and MARRIOTT INTERNATIONAL, INC. (together "Defendants") (collectively Plaintiff and Defendants are referred to herein as the "Parties"), through their respective counsel of record, stipulate as follows:

1. WHEREAS, on October 9, 2023, Plaintiff filed this purported class and representative action under the Labor Code Private Attorneys General Act of 2004 ("PAGA") against Defendants;

2. WHEREAS, on November 15, 2023, Defendants removed this action to the United States District Court for the Eastern District of California;

3. WHEREAS Plaintiff now desires to file the First Amended Complaint attached as **Exhibit A** to this Joint Stipulation, which, among other things, amends the original Complaint to remove non-exempt employees from the putative class and PAGA action entirely;

4. WHEREAS, upon review of the proposed First Amended Complaint attached as Exhibit A, Defendants do not oppose the filing of the First Amended Complaint;

5. WHEREAS, the Parties agree that notwithstanding Defendants' agreement to the filing of the First Amended Complaint, Defendants are not waiving any arguments related to, nor agreeing to, the proposed scope of the putative class and PAGA groups, the certifiability of the putative class, or the scope of discovery associated with the putative class and PAGA groups;

6. WHEREAS, the Parties agree that, notwithstanding Defendants' agreement to the filing of the First Amended Complaint, Defendants are not admitting to the merits of the articulated claims therein and reserve all rights to

1  challenge them to the fullest extent permissible under relevant California and
2  Federal authority in any responsive pleading or other motion; and
3      7.    WHEREAS, the Parties agree Defendants may have thirty (30) days to
4  respond to the First Amended Complaint from the date the First Amended
5  Complaint is deemed filed.
6      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as
7  follows:
8      1.    The proposed First Amended Complaint attached as **Exhibit A** to this
9  Joint Stipulation, which, among other things, amends the original Complaint to
10  remove non-exempt employees from the putative class and PAGA action entirely,
11  may be filed by Plaintiff;
12      2.    The Parties agree that notwithstanding Defendants' agreement to the
13  filing of the First Amended Complaint, Defendants are not waiving any arguments
14  related to, nor agreeing to, the proposed scope of the putative class and PAGA
15  groups, the certifiability of the putative class, or the scope of discovery associated
16  with the putative class and PAGA groups;
17      3.    The Parties agree that, notwithstanding Defendants' agreement to the
18  filing of the First Amended Complaint, Defendants are not admitting to the merits of
19  the articulated claims therein and reserve all rights to challenge them to the fullest
20  extent permissible under relevant California and Federal authority in any responsive
21  pleading or other motion; and
22      4.    The Parties agree Defendants may have thirty (30) days to respond to
23  the First Amended Complaint from the date the First Amended Complaint is deemed
24  filed.
25      **IT IS SO STIPULATED.**
26
27
28

| | | |
|---|---|---|
| 1 | Dated: November 18, 2025 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | | |
| 3 | | By      *Kristi L. Thomas /s/*      |
| 4 | | GREG LABATE |
| 5 | | KRISTI L. THOMAS |
| | | Attorneys for Defendants |
| 6 | | COURTYARD MANAGEMENT |
| 7 | | CORPORATION (*now known as* |
| | | COURTYARD MANAGEMENT, LLC); and |
| 8 | | MARRIOTT INTERNATIONAL, INC. |
| 9 | | |
| 10 | Dated: November 17, 2025 | STAMBELOS LAW OFFICE |
| 11 | | |
| 12 | | |
| 13 | | By      *Patricia T. Stambelos /s/*      |
| 14 | | PATRICIA T. STAMBELOS |
| 15 | | Attorney for Plaintiff |
| | | AMANDA BALDINO-MILLER |

# ORDER

Based upon the Joint Stipulation of the Parties and other good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above Joint Stipulation is entered.

IT IS FURTHER ORDERED that:

1. Within five (5) days of the date of this order, Plaintiff shall file the proposed First Amended Complaint attached as Exhibit A to the Joint Stipulation.
2. Defendants shall respond to the First Amended Complaint within thirty (30) days from the date the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **November 18, 2025**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE