# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-CV-01613-KES-FRS (SAB)<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME**<br><br>(ECF No. 63) |

Before the Court is Plaintiff's *ex parte* motion to shorten time regarding the briefing deadlines for Plaintiff's Motion to Continue Discovery and Case Deadlines, or, in the Alternative, for a Case Management Conference.  (ECF No. 63.)  Upon review, the Court ORDERS that Defendant shall have through **February 18, 2026**, to file an opposition to the *ex parte* motion to shorten time.

The Court will set a schedule for Plaintiff's Motion to Continue Discovery and Case Deadlines, or, in the Alternative, for a Case Management Conference after reviewing Defendant's Opposition to this *Ex Parte* Application.

IT IS SO ORDERED.

Dated:   **February 17, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

-1-