UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:23-CV-01613-KES-FRS (SAB)<br><br>**ORDER DENYING EX PARTE MOTION FOR ORDER SHORTENING TIME ON MOTION TO CONTINUE DISCOVERY AND CASE DEADLINES**<br><br>(ECF No. 62) |

On February 13, 2026, Plaintiff filed an ex parte Motion to Shorten Time For Motion to Continue Discovery and Case Deadlines or For Case Management Conference and Stay of Current Deadlines.[1]  (ECF No. 62.)  Plaintiff states that due to approaching discovery deadlines,[2] and for her anticipated Motion to Compel to be briefed on a normal schedule, an order shortening time for briefing and hearing Plaintiff's Motion for Continuance of Discovery and Case

---

[1] For clarity, the Court notes that Plaintiff filed her ex parte Motion to Shorten Time and supporting Declaration (ECF No. 62, 62-1) and Motion to Continue Discovery and Case Deadlines, or, in The Alternative, for a Case Management Conference and Temporary Stay of Current Deadlines (ECF No. 62-2) and supporting Declaration concurrently.

[2] Pursuant to the Second Amended Preliminary Scheduling Order, upcoming discovery deadlines include the Class Certification Written Discovery Cutoff, set for March 2, 2026, and the Class Certification Motion Filing Deadline, set for April 27, 2026.  (ECF No. 56.)

1

Deadlines, or, in the Alternative, for a Case Management Conference is necessary.  (ECF No. 62 at 3.)  On February 17, 2026, the Court ordered that Defendant file its Opposition to the ex parte Motion to Shorten Time on or before February 18, 2026.  (ECF No. 65.)  On February 18, 2026, Defendant filed its Opposition to the ex parte Motion to Shorten Time.  (ECF No. 66.)  Defendant argues that Plaintiff's ex parte Motion should be denied on the grounds that (1) Plaintiff delayed prosecuting this action, (2) there is no substantial justification for the Court to grant such relief at this late stage, and (3) Plaintiff's counsel's health is not a new or sudden condition that can be used to warrant emergency relief.  (ECF No. 66 at 4.)

Having considered Plaintiff's ex parte Motion and Defendant's Opposition, the Court denies Plaintiff's ex parte Motion to Shorten Time.  The Court's review of the record shows that the extensive discovery disputes that form the basis for this ex parte Motion, the Motion for Continuance of Discovery and Case Deadlines, and the anticipated Motion to Compel have existed for some time.  The class certification briefing deadlines were substantively amended once before to allow Plaintiff additional time to acquire more information about the putative class.  (*See* ECF No. 40, 56, 54 at 3.)  While the Court is highly sympathetic to Plaintiff's counsel's health issues, Plaintiff's anticipated Motion to Compel could have been filed significantly in advance of the upcoming discovery deadlines.  What's more, Magistrate Judge Barbara A. McAuliffe's Second Amended Preliminary Scheduling Order cautions the parties that:

> Compliance with the discovery deadlines requires motions to compel be filed and heard sufficiently in advance of the respective discovery cutoff dates so that the court may grant effective relief within the allotted discovery time.  A party's failure to have a discovery dispute heard sufficiently in advance of the discovery cutoff may result in denial of the motion as untimely.

(ECF No. 56 at 2.)

Accordingly, Defendant's Opposition to Plaintiff's Motion to Continue Discovery and Case Deadlines, or, in the Alternative, for a Case Management Conference and Temporary Stay of Current Deadlines (ECF No. 62) and any Reply are to be served and filed within the time limits mandated by Local Rule 230(c).  Any Motion to Compel will be briefed and set for hearing in accordance with the time limits mandated by Local Rule 230(c).

IT IS HEREBY ORDERED as follows:

2

1. Plaintiff's <u>ex parte</u> Motion to Shorten Time (ECF No. 62) is DENIED;

2. Defendant's Opposition to Plaintiff's Motion to Continue Discovery and Case Deadlines, or, in the Alternative, for a Case Management Conference and Temporary Stay of Current Deadlines (ECF No. 62-2) SHALL be served and filed no later than **March 6, 2026**; and

3. Any Reply SHALL be filed no later than ten (10) days after the Opposition is filed.

IT IS SO ORDERED.

Dated:    **February 19, 2026**    _____

STANLEY A. BOONE
United States Magistrate Judge

3