UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BALDINO-MILLER, *on behalf of herself and all similarly aggrieved employees*,<br><br>Plaintiffs,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION, et al.,<br><br>Defendants. | Case No.  1:23-cv-01613-KES-FJS<br><br>ORDER SETTING MOTION HEARING AND TEMPORARILY STAYING CASE DEADLINES<br><br>(ECF No. 62) |

Upon review of the parties' briefs on Plaintiff's Motion to Continue Discovery and Case Deadlines or for Case Management Conference and Stay of Current Deadlines (ECF Nos. 62, 69, 70), the Court concludes that a hearing may be helpful. The class certification briefing deadlines set by the Court's Second Amended Preliminary Scheduling Order (ECF No. 56) are temporarily stayed pending a hearing on Plaintiff's Motion.  (ECF No. 62.)

Accordingly, IT IS ORDERED that a hearing on the Plaintiff's Motion to Continue Discovery and Case Deadlines or for Case Management Conference and Stay of Current Deadlines (ECF No. 62) will be held on May 8, 2026, at 10:30 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.  The parties are permitted to appear by Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to

1

the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire is required.   Alternatively, if one or more parties wish to appear in person, they shall contact Judge Singer's chambers at least 24 hours before the proceeding so that a notation can be placed on the Court's calendar.

The parties should be prepared to discuss the timing of the class certification motion given the length of time this case has been pending and Fed. R. Civ. P. 23(c)'s directive that "[a]t an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action."

IT IS SO ORDERED.

Dated:    **April 13, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2