UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMANDA BALDINO-MILLER, *on behalf of herself and all similarly aggrieved employees,* <br><br> Plaintiffs, <br><br> v. <br><br> COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 1:23-CV-01613-KES-FJS <br><br> ORDER RE: MOTION TO COMPEL <br><br> (ECF No. 74) |

Plaintiff Amanda Baldino-Miller ("Plaintiff") filed her motion to compel further responses to discovery requests on May 6, 2026. (ECF No. 22.) On May 20, 2026, Defendants Courtyard Management Corporation and Marriot International, Inc., filed an opposition brief. (ECF No. 77.) On June 1, 2026, Plaintiff filed her reply brief. (ECF No. 79.) Therefore, the court, having reviewed the record, finds this matter suitable for decision without oral argument. *See* L.R. 230(g).

Accordingly, IT IS HEREBY ORDERED THAT the previously scheduled hearing set for June 12, 2026, at 10:00 a.m. is VACATED and the parties will not be required to appear at that time. The matter is taken under submission.

IT IS SO ORDERED.

Dated:   **June 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE