UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01613-KES-FJS<br><br>ORDER VACATING HEARING AND TAKING MOTIONS UNDER SUBMISSION |

On June 10, 2026, Plaintiff Amanda Baldino-Miller ("Plaintiff") filed a motion to compel Rule 30(b)(6) depositions. (ECF No. 82.) On June 25, 2026, Defendants Courtyard Management Corporation and Marriott International, Inc.'s (jointly, "Defendants") filed an opposition. (ECF No. 91.) Plaintiff did not file a reply and the time to do so has since passed. Relatedly, on June 11, 2026, Defendants noticed a motion for protective order regarding the same depositions. (ECF No. 83.) On June 26, 2026, Plaintiff filed an opposition. Defendant did not file a reply and the time to do so has since passed.

The court deems the parties' motions, currently noticed for hearing on July 10, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the court ORDERS the hearings VACATED, with the matters to be taken under submission as of that date.

IT IS SO ORDERED.

Dated:   **July 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE