UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01613-KES-FJS<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING FOR REQUEST TO SEAL DOCUMENTS<br><br><u>SEVEN DAY DEADLINE</u><br><br><u>TEN DAY DEADLINE</u> |

On June 26, 2026, Plaintiff Amanda Baldino-Miller ("Plaintiff") filed a motion to certify class along with a notice of request to seal documents. (ECF Nos. 94, 95.) Defendants Courtyard Management Corporation and Marriott International, Inc.'s (jointly, "Defendants") have filed no response or reply. As the documents were designated "confidential" by Defendants, Plaintiff files this request to comply with her obligations under the protective order and Local Rule 141, but otherwise this request to seal makes no attempt to comply with the substance or procedure set forth under Local Rule 141, or to satisfy the "compelling reasons" standard. *See* Local Rule 141(b) (requiring party seeking to seal a court filing to "describe generally the documents sought to be sealed, the basis for sealing" and "set forth the statutory or other authority for sealing").

Accordingly, the court ORDERS the following:

1. That no later than <u>seven (7) days from the date of this order</u>, Defendants shall email a brief to fjsorders@caed.uscourts.gov in support of the request to seal, complying with Local Rule 141 and addressing why good cause exists to seal each specific document,

declaration, and exhibit listed in Plaintiff's notice of request to seal documents. If on closer examination Defendants determine that such protection is not warranted for a particular document, they shall so state; and if only a portion of a document warrants protection, they shall provide a proposed redacted version of the document with their own brief;

2. That no later than three (3) days from the date of Defendants' brief, Plaintiff will either file a notice of non-opposition or email to fjsorders@caed.uscourts.gov their own opposition to Defendants' brief;

3. The court will issue a final ruling on the request to seal after receiving the parties' supplemental briefing.

IT IS SO ORDERED.

Dated:    **July 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2