UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-cv-01613-KES-FJS<br><br>ORDER RESETTING MOTIONS HEARING |

On June 10, 2026, Plaintiff Amanda Baldino-Miller ("Plaintiff") filed a motion to compel Rule 30(b)(6) depositions. (ECF No. 82.) Relatedly, on June 11, 2026, Defendants noticed a motion for protective order regarding the same depositions. (ECF No. 83.) On July 7, 2026, the court took these motions under submission. (ECF No. 100.) After Plaintiff filed for class certification, on August 5, 2026, Plaintiff filed a motion for administrative relief to file omitted exhibits in support of her motion for class certification. (ECF No. 103.)

After considering the parties' briefs, the court deems the parties' motions referenced

above suitable for oral argument pursuant to Local Rule 230(g). As such, the court SETS a hearing for the above matters for August 26, 2026, at 9:30 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall appear at the conference remotely by Zoom video conference. The parties will be provided with the Zoom ID and password by the courtroom deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required.

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE