SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GREG S. LABATE, Cal Bar No. 149918
KRISTI L. THOMAS, Cal Bar No. 276511
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
E-mail glabate@sheppardmullin.com
kthomas@sheppardmullin.com

Attorneys for Defendants
COURTYARD MANAGEMENT CORPORATION (*now known as* COURTYARD MANAGEMENT LLC); and
MARRIOTT INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,

Plaintiff,

v.

COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,

Defendants.

Case No. 1:23-CV-01613-KES-FJS

STIPULATION AND ORDER REGARDING TOPICS ADDRESSED AT THE AUGUST 26, 2026, MOTIONS HEARING

STIPULATION

Plaintiff Amanda Baldino-Miller ("Plaintiff") and Defendants Courtyard Management Corporation and Marriott International, Inc. ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows in compliance with the Court's Order After Motions Hearing, dated August 28, 2026 (ECF No. 111):

RECITALS

WHEREAS, on June 10, 2026, Plaintiff filed a motion to compel Rule 30(b)(6) depositions (ECF No. 82), and on June 11, 2026, Defendants noticed a motion for protective order regarding the same depositions (ECF No. 83);

WHEREAS, Plaintiff filed motions for administrative relief to file omitted exhibits in support of her motion for class certification (ECF No. 103) and to exceed the page limit for her reply brief to the motion for class certification (ECF No. 108);

WHEREAS, on August 26, 2026, the Court held a hearing regarding the above motions;

WHEREAS, Plaintiff's motion for administrative relief to file omitted exhibits (ECF No. 103) was GRANTED, and Plaintiff was ordered to file an amendment to the June 26, 2026, declaration of Amanda Baldino-Miller (ECF No. 94-1) that includes the omitted nineteen exhibits by September 4, 2026;

WHEREAS, the Court VACATED the class certification reply deadline set for September 11, 2026, and the class certification motion hearing set for September 25, 2026;

WHEREAS, the Court directed the Parties to meet and confer regarding either withdrawing Plaintiff's Rule 30(b)(6) notice or narrowing the topics in Plaintiff's Rule 30(b)(6) depositions, with the Court's guidance that Rule 30(b)(6) topics should be directly tethered to the arguments asserted and/or evidence presented in Defendants' opposition to the motion for class certification;

WHEREAS, the Court further directed the Parties to meet and confer regarding Plaintiff's request to add ten pages to her class certification reply and rescheduling Plaintiff's class certification reply deadline;

WHEREAS, the Court ordered the Parties to submit a joint status report on September 4, 2026, addressing: (a) whether the parties have resolved their Rule 30(b)(6) deposition issues, including the disputed topics, the parties' respective positions on those disputed topics, and how the parties attempted to resolve those issues; (b) whether the parties have resolved Plaintiff's request to add ten pages to her reply brief; and (c) the parties' proposed class certification reply deadline;

WHEREAS, the Court ordered Defendants to provide a proposal in the joint status report regarding whether they would like to supplement their opposition to Plaintiff's motion for class certification, along with any proposed dates;

WHEREAS, the Court noted that if Plaintiff exceeds the scope of a reply brief, Defendants may seek relief through either a motion to strike or a motion for supplemental briefing, and that the Court's scheduling order (ECF No. 56 at 2) already addressed this concern, ruling that "[i]f new issues are raised in Plaintiff's reply, Defendants may request an opportunity to respond;" and

WHEREAS, the Court SET a mandatory hearing for September 14, 2026, at 8:30 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer on any remaining disputes concerning the motions addressed in the Order, with any attorney designated as "Lead Attorney" on the Court's docket required to appear at the conference in person, subject to potential vacation after the Court reviews the Parties' September 4 joint status report;

STIPULATION

NOW, THEREFORE, the Parties, having met and conferred in compliance with the Court's August 28, 2026, Order, stipulate and agree as follows:

1. 19 EXHIBITS. Plaintiff will file an amendment to the June 26, 2026, declaration of Amanda Baldino-Miller (ECF No. 94-1) that includes the omitted 19 exhibits no later than September 4, 2026.

2. SUPPLEMENTAL OPPOSITION. Defendants may file a supplemental opposition that addresses only the nineteen exhibits referenced above. The supplemental opposition will be no more than 3 pages and will be filed no later than September 11, 2026.

3. REPLY. Plaintiff's class certification reply brief may be no more than 20 pages, which is 10 more than allowed by statute. The new reply deadline will be October 16, 2026.

4. RULE 30(b)(6) DEPOSITION. The Parties have met and conferred regarding Plaintiff's Rule 30(b)(6) deposition notice and Plaintiff withdraws her request to take a Rule 30(b)(6) deposition.

5. DECLARANT DEPOSITIONS. The Parties have met and conferred, and will complete the declarant depositions in advance of the October 16, 2026, reply deadline.

6. JOINT STATUS REPORT. The Parties agree to submit this joint status report no later than September 4, 2026, addressing all items required by the Court's August 28, 2026, Order.

7. SEPTEMBER 14, 2026 HEARING. The Parties respectfully request that the September 14, 2026, hearing be vacated given that the Parties have resolved all issues they were ordered to meet and confer on by the Court in its August 28, 2026, Order.

IT IS SO STIPULATED.

Dated: September 2, 2026 STAMBELOS LAW OFFICE

By *|s| Patricia T. Stambelos*
PATRICIA T. STAMBELOS
Attorneys for Plaintiff
AMANDA BALDINO-MILLER

Dated: September 2, 2026 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *|s| Kristi L. Thomas*
GREG LABATE
KRISTI L. THOMAS
Attorneys for Defendants
COURTYARD MANAGEMENT CORPORATION (*now known as* COURTYARD MANAGEMENT, LLC); and MARRIOTT INTERNATIONAL, INC.

ORDER

Pursuant to the parties' above stipulation, and good cause appearing, the court orders the following:

1. The court GRANTS the parties' stipulation regarding topics addressed at the August 26, 2026, motions hearing;
2. The court SETS the following amended dates for class certification:

| | | |
|---|---|---|
| A. | Class Certification Written Discovery Cutoff: | *Concluded* |
| B. | Class Certification Motion Filing Deadline: | *Concluded* |
| C. | Class Certification Opposition Deadline: | *Concluded* |
| D. | Class Certification Supplemental Opposition: | September 11, 2026 |
| E. | Class Certification Reply Deadline: | October 16, 2026 |
| F. | Class Certification Motion Hearing: | November 6, 2026<br>Courtroom 8 (FJS)<br>10:00 AM |

3. The September 14, 2026, hearing is VACATED;
4. The parties agree that Plaintiff's class certification reply brief may be no more than 20 pages. Accordingly, Plaintiff's motion for extended pages for reply in support of her motion for class certification (ECF No. 108) is GRANTED;
5. Plaintiff withdraws her request to take Rule 30(b)(6) depositions. Plaintiff's motion to compel Rule 30(b)(6) depositions (ECF No. 82) and Defendants' motion for protective order (ECF No. 83) regarding those same depositions are all MOOT, along with the ex parte applications for those same motions (ECF Nos. 81, 84). The clerk of the court is directed to TERMINATE ECF Nos. 81, 82, 83, and 84.

IT IS SO ORDERED.

Dated: **September 4, 2026**

UNITED STATES MAGISTRATE JUDGE