UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BALDINO-MILLER, on behalf of herself and all similarly aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>COURTYARD MANAGEMENT CORPORATION; MARRIOTT INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:23-CV-01613-KES-FJS<br><br>ORDER RE: DEFENDANTS' REQUEST FOR LEAVE TO FILE SUR REPLY<br><br>(ECF Nos. 120, 121) |

On October 20, 2026, Defendants Courtyard Management Corporation (now known as Courtyard Management LLC) and Marriot International, Inc. (collectively "Defendants") filed their request for leave to file a sur reply, not to exceed 10 pages in length to address (1) Plaintiff's Rule 37(c)(1) exclusion argument, (2) proposed trial plan, and (3) characterization of deposition testimony. (ECF No. 120.)

On October 21, 2026, Plaintiff Amanda Baldino-Miller filed a response to Defendant's request for leave to file a sur reply, requesting that this court deny Defendants' request to file a sur reply. (*See generally* ECF No. 121.) Alternatively, Plaintiff requests that "(1) any surreply be limited to the trial plan in Section V of the Reply, not exceed two pages, include no new

declarations or other evidence, and be filed within three court days of the Court's order; [and] (2) Plaintiff be permitted to file a response of no more than two pages within three court days after the sur reply is filed." (*Id.* at 5.)

The court anticipated this situation at the August 26, 2026, hearing when Defendants expressed concern that Plaintiff's reply brief might exceed the scope of Defendants' opposition. (ECF No. 111 at 3.) To ensure that all Parties have an adequate opportunity to set forth their positions regarding the evidentiary record and trial schedule in advance of the November 6, 2026, hearing, the court will grant Defendants' request for leave to file a surreply. The court will also provide Plaintiff with an opportunity to file a response to Defendants' surreply. The court will maintain the November 6, 2026, oral argument.

Accordingly, it is HEREBY ORDERED that:

(1) Defendants SHALL have until October 30, 2026, to file their surreply. Defendants' sur reply SHALL NOT exceed ten (10) pages in length; and

(2) Plaintiff SHALL have until November 4, 2026, to file any response brief. Plaintiff's response brief SHALL NOT exceed five (5) pages in length; and

(3) The Parties' briefs SHALL be limited to addressing the following three topics:

a. Whether the declarations of Valentina Moane, Alfred Roble, Pradip Raikar, and Eric Ducat should be excluded under Federal Rule of Civil Procedure 37(c)(1);

b. The effect of the ten exhibits of deposition testimony filed in support of Plaintiff's reply on the pending motion for class certification (ECF No. 94); and

c. Whether the trial plan presented in Section V of Plaintiff's reply (ECF No. 116 at 24-25) should be adopted by this court.

IT IS SO ORDERED.

Dated: **October 23, 2026**

UNITED STATES MAGISTRATE JUDGE